The Portland Chemical and Phosphate Company, Plaintiff in Error, vs. William Pickford and J. T. C. Winkfield, partners doing business under the firm name of Pickford & Winkfield, Defendants in Error.

Writ of Error to Cicuit Court, Levy county; W. A. Hocker, Judge.

Horatio Davis, for Plaintiff in Error.

John G. Reardon, for Defendant in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs and the defendant takes writ of error. Judgment affirmed.

Decision *Per Curiam*.